UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAWANA LOLITA WELLS,<br><br>Defendant. | Case No.  2:03-cr-00059-LRH-RJJ |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAWANA LOLITA WELLS,<br><br>Defendant. | Case No.  2:16-cr-00205-GMN-PAL<br><br>REASSIGNMENT ORDER |

This case has been negotiated in conjunction with 2:16-CR-205-GMN-PAL. The presiding District Judges in these actions have agreed that the supervised release case should be reassigned to the more substantive recently filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:03-cr-00059-LRH-RJJ is reassigned from District Judge Larry R. Hicks to District Judge Gloria M. Navarro, and all future pleadings must bear case number 2:03-cr-00059-GMN-RJJ.

///

1

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 30th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this  30  day of September, 2016.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2